RETURN OF SERVICE

PERSON TO BE SERVED:                                        RECEIPT NUMBER: 0003979-13

CORPORATION SERVICE COMPANY
WELLS FARGO BANK, NA
1201 HAYS STREET
TALLAHASSEE, FL

PLAINTIFF: LEVI NEWTON
DEFENDANT: WELLS FARGO BANK, NA
TYPE WRIT: SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL

   COURT: US DISTRICT COURT                        COURT DATE:
   CASE #: 313CV1017J32MCK                         COURT TIME:

Received the above-named writ on August 26, 2013, at 9:52 AM, and
SERVED / NONSERVED the same on the ___27___ day of ___Aug___,
20_13_, at ___900 AM___/ PM , in LEON County, Florida, as follows:

__/__  GOVERNMENTAL AGENCY / OFFICIAL / ASSOCIATION / CORPORATION
       By delivering a true copy of this writ together with a copy of the
       initial pleadings, if any, with the date and hour of service endorsed

       thereon by me to  TINA TODD, FL SEC., CORP SERVICE CO

       as  REGISTERED AGENT  of the within named Defendant

       to-wit:  WELLS FARGO BANK, NA


_____  NOT FOUND
       By returning said writ unserved for the reason that after due
       diligence to locate, the named person to-wit: _____
       could not be found in LEON County, Florida.


SERVICE COST: $40.00                               LARRY CAMPBELL, SHERIFF
AR, CIVIL CLERK                                    LEON COUNTY, FLORIDA

                                                   BY: ___03  1502___

      MAIL TO:                                     [ ]DEPUTY SHERIFF  [/]PROCESS SERVER

      MAX STORY, PA                                              RAYMOND O'BRIEN
      233 E BAY STE 920
      JACKSONVILLE, FL  32202